# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JESTARD C. JONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>"JOHN" GAMMELL et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 1:15-CV-139-TS<br><br>District Judge Ted Stewart |

On April 13, 2017, the Court ordered Plaintiff to within thirty days show cause why this case should not be dismissed for failure to prosecute. The Court noted that it had not heard directly from Plaintiff since he filed a change of address, dated September 29, 2016. Since the order to show cause, the Court has not heard from Plaintiff. In fact, the order was returned to sender, marked "NOT DELIVERABLE."

**IT IS THEREFORE ORDERED** that, for failure to prosecute, *see* DUCivR 41-2, the complaint is dismissed. This case is **CLOSED**.

　　　　DATED this 12th day of July, 2017.

　　　　　　　　　　BY THE COURT:

　　　　　　　　　　_____
　　　　　　　　　　JUDGE TED STEWART
　　　　　　　　　　United States District Court